# United States Court of Appeals
### For the Eighth Circuit

_____

No. 16-1529

_____

Willie Earl Moore

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: December 2, 2016
Filed: December 7, 2016
[Unpublished]

_____

Before SMITH, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Willie Earl Moore appeals the order of the district court[1] affirming the Commissioner's determination that he is not entitled to supplemental security income, after his hearing before an administrative law judge. Upon review, we are satisfied that the decision is supported by substantial evidence on the whole record. <u>See</u> <u>Johnson v. Chater</u>, 108 F.3d 942, 944 (8th Cir. 1997). The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).